**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCORRO FLORES DIAZ,<br><br>       Petitioner,<br><br>   v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>       Respondents. | Case No. 5:26-cv-02303-DMK<br><br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION AND ORDERING IMMEDIATE RELEASE** |

Petitioner Socorro Flores Diaz is a native and citizen of Nicaragua who has been detained in the custody of Immigration and Customs Enforcement since January 2, 2026, with no bond hearing or custody determination before an immigration judge. ECF 1 at ¶¶ 4, 7. Petitioner has no criminal arrests or convictions, and was re-detained at her last check-in with Immigration and Customs Enforcement. *Id.* at ¶¶ 7, 8. Through a counseled habeas petition, Petitioner alleges that her arrest and re-detention, without notice, explanation, or justification, violates the Fourth and Fifth Amendments, the Administrative Procedure Act, and the Immigration and Nationality Act. *Id.* at 20-26. In their Answer to the petition, Respondents only state that they "are not presenting an

opposition argument." ECF 8 at 2.  The Court thus construes the petition as unopposed.

So construed, the petition under 28 U.S.C. § 2241 is **GRANTED** as follows:

(1) Respondents must release Petitioner from custody immediately on conditions of release no more restrictive than those in effect when she was most recently detained;

(2) Respondents must return any property and paperwork seized from Petitioner in the course of her arrest and detention;

(3) Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation hearing before an Immigration Judge, at which the government bears the burden of proving by clear and convincing evidence that she is a danger to the community or a flight risk, and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community; and

(4) Respondents shall file a notice of compliance no later than May 26, 2026, regarding their compliance with this Order.

IT IS SO ORDERED.

DATED: May 21, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

2